United States District Court

Eastern District of California

Larry Boyce,

     Plaintiff,                       No. Civ. S 00-0176 MCE PAN P

  vs.                            Order

G. A. Mueller, et al.,

     Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Pursuant to the schedule made March 9, 2005, plaintiff's pretrial statement was due October 21, 2005, defendants' pretrial statement is due November 4, 2005, pretrial conference is set for November 14, 2005, and trial is set for February 1, 2006.  Since defendants' motion for summary judgment

////

////

////

1  is pending, the above dates are vacated.

2      So ordered.

3      Dated: October 31, 2005.

4

                                /s/ Peter A. Nowinski
5                               PETER A. NOWINSKI
                              Magistrate Judge

6

7

8  \boyc0176.vac sched dates